*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
MONAHAN, CRISFIELD, and LAWRENCE
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Patrick A. SELF**
Seaman Recruit (E-1), U.S. Navy
Appellant

**No. 202000122**

Decided: 30 September 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Aaron C. Rugh

Sentence adjudged 4 March 2020 by a special court-martial convened at Naval Base San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 12 months,[1] and a bad-conduct discharge.

For Appellant:
*Captain Brian L. Farrell, USMCR*

---

[1] Appellant was sentenced by the military judge using segmented sentencing with the sentence to confinement for each specification running concurrently. The convening authority suspended confinement for some of the specifications, leaving the same total amount of confinement as a result of the concurrent sentences to confinement.

Opinion of the Court

For Appellee:
*Brian K. Keller, Esq.*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2] Uniform Code of Military Justice, arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] As reflected in the Entry of Judgment and pursuant to a plea agreement, the military judge dismissed a number of specifications. We note that they were dismissed with prejudice.